Cite as 2021 Ark. 164

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | Opinion Delivered: September 16, 2021 |

## PER CURIAM

Deana Osment of Jonesboro, First Congressional District, is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on August 31, 2024. The court thanks Ms. Osment for accepting an appointment to this important committee.